Law Offices of Robert W. Cohen
A Professional Corporation
Robert W. Cohen (State Bar No. 150310)
1875 Century Park East, Suite 1770
Los Angeles, CA 90067
Tel. (310) 282-7586

JS - 6

Attorneys for Plaintiff
WORLD MIX ENTERTAINMENT, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD MIX ENTERTAINMENT, LTD., a corporation, | CASE NO. CV 07-02159 DDP (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BONE THUGS N HARMONY, INC., a corporation; et al., | |
| Defendants. | |

Plaintiff's application for default judgment against defendants Anthony Charles Henderson, Steven Verdell Howse, and Charles Curtis Scruggs, Jr. came on for hearing before the Court on February 25, 2008, Hon. Dean D. Pregerson presiding.  The evidence presented having been fully considered and decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Judgment now be entered in favor of plaintiff World Mix Entertainment, Ltd. jointly and severally against defendants Anthony Charles Henderson, Steven Verdell Howse, and Charles Curtis Scruggs, Jr. in the principal amount of $182,965, together with prejudgment interest in the amount of $21,675.00, plus costs of $870.40, all for a total judgment of $205,510.40.

DATED:February 28, 2008

Hon.  Dean D. Pregerson
U.S. District Court Judge