Name, Address and Phone Number of Attorney(s)
Robert W. Cohen, State Bar No. 150310
1875 Century Park East, Suite 1770
Los Angeles, CA 90067
Tel. (310) 282-7586

FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD MIX ENTERTAINMENT, LTD., a corporation,<br><br>Plaintiff(s)<br>v.<br><br>BONE THUGS N HARMONY, INC., a corporation; et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV-07-2159 DDP (Ex)<br><br>ORDER<br>TO APPEAR FOR EXAMINATION RE:<br>xx ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☐ Judgment Debtor  xx Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application  xx **GRANTED**  ☐ **DENIED.**

TO: **Interscope Geffen A&M Records, A Division of UMG Recordings, Inc.**
        *(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before this Court, to:

☐ furnish information to aid in enforcement of a money judgment against you.
xx answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

---

**Date of appearance**: April 18, 2008  **Time**: 9:30 a.m.

**Place of Appearance**:        Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA

**Courtroom Number**: 20 -- Third Floor

---

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: _____
            *(Name of appointed process server)*

Date: 3/27/08                                    _____
                                                U.S. District Judge/U.S. Magistrate Judge