CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD MIX ENTERTAINMENT, LTD., ) a corporation, ) | CASE NO. CV 07-02159 DDP (Ex) |
| ) | **FIRST AMENDED JUDGMENT** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BONE THUGS N HARMONY, INC., a ) corporation; et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Good cause appearing in accordance with the evidence submitted and the parties'
stipulation, the COURT NOW ORDERS AND ENTERS a First Amended Judgment as
follows:

Judgment is entered in favor of plaintiff World Mix Entertainment, Ltd. and against
defendants Bone Thugs N Harmony, Anthony C. Henderson, Steven V. Howse, and Charles
C. Scruggs, Jr., jointly and severally, in the principal amount of $161,828.00, plus costs and
attorney's fees in the amount of $37,010.32, all for a total judgment of $198,838.32.

IT IS SO ORDERED.

DATED: March 29, 2010

Hon. Dean D. Pregerson
United States District Judge

FIRST AMENDED JUDGMENT